NO. 07-11-0024-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 16, 2011
_____

CRAIG E. MENDENHALL,

Appellant

V.

DR. DHIRAJAL PATEL, DR. BENJAMIN LEEAH,
JOHN H. ADAMS, TOSHA JAMES,

Appellee
_____

FROM THE 251st DISTRICT COURT OF POTTER COUNTY;

NO. 98,7721-00-C; HONORABLE ANA ESTEVEZ, PRESIDING
_____

*ORDER DISMISSING APPEAL*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant has filed a motion to dismiss.  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Chief Justice